IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Plaintiff

vs

Civil Action No 02-161E
Misc No 03-63E

MATTHEW C REAGLE AND
DIANA L REAGLE

Defendant(s)

### AFFIDAVIT OF LIENHOLDER

Lori A Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on July 7, 2005 at the following addresses:

Erie County Tax Claim Bureau
Courthouse
140 West 6th Street
Erie, PA 16501

Corry School District
Administrative Office
800 E South Street
Corry, PA 16407

Child Support Enforcement Agency
Courthouse Annex
140 West 6th Street
Erie, PA 16501

Continental Auto Receivables, Inc.
Forest Plaza, Building 3
Pittsburgh, PA 15220

NLA003054V001

Corry City Treasurer
Bonnie Hogan
100 South Center Street
Corry, PA 16407

Corry Water and Sewer Authority
100 South Center Street
Corry, PA 16407

      I hereby declare, under penalty of perjury, that the foregoing is true and correct.
Executed on 7-30-05

*[signature]*

LORI A. GIBSON, ESQUIRE
Attorney for Plaintiff
PA I.D. #68013
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-456-8100
Bernstein File No. F0015780